W. C. Handley, appellee, v. E. H. Robinson, appellant. Gen. No. 33,587.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Cohen & Berke, for appellant; Harry F. Brewer, of counsel. Nuttall & Chism and Newby & Murphy, for appellee; Harry A. Newby, Arch. F. Nuttall and Geo. M. Burditt, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Samuel Bright, appellant, v. Sam Lipavsky et al., appellees. Gen. No. 33,605.

Opinion filed December 31, 1929.

Louis T. Herzon, for appellant; Rosenberg, Braude & Zimmerman and Blanksten, Freeman & Blanksten, for appellee; H. J. Rosenberg and Irving Berman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

William J. Savage, appellee, v. Claude W. Morris and Nicholas M. Ellis, appellants. Gen. No. 33,614.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Austin L. Wyman, for appellants; Harold Engstrom, of counsel. Hubert E. Page, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Harry M. Stern et al., appellants, v. Louis Fishman and Herman Fidler, appellees. Gen. No. 33,623.

Opinion filed December 31, 1929.

Woods, Bishop & Cohen, for appellants; John E. Foster, of counsel. Gallagher, Shulman & Abrams, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Otto B. Lawrenz, appellee, v. Waller E. Loeber, appellant. Gen. No. 33,636.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Kamfner, Horwitz, Halligan & Daniels, for appellant. Frederick A. Bangs, for appellee; Martin Crane, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

May Cummings, appellee, v. Maggie C. Windham, appellant. Gen. No. 33,645.

Opinion filed December 31, 1929. Rehearing denied January 10, 1930.

Henry C. Ferguson, for appellant; A. G. Rosenbaum, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Edmund P. Tuohy et al., executors of the estate of Joseph A. McInerney, deceased, defendants in error, v. Henry Ullrich, plaintiff in error. Gen. No. 33,648.

Opinion filed December 31, 1929.

Harold O. Mulks, for plaintiff in error. McInerney & Power, pro se, for defendants in error.

Mr. Justice Scanlan delivered the opinion of the court.

Thomas J. Cooney, defendant in error, v. G. H. Scholz, plaintiff in error. Gen. No. 33,670.

Opinion filed December 31, 1929.

Edgar H. Deets and Henry J. Gibbs, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Chicago Title & Trust Company, as trustee, appellee, v. Celle Becker et al., defendants. Celle Becker, appellant. Gen. No. 33,685.

Opinion filed December 31, 1929.